UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICK DERRELL MCINTYRE<br><br>Defendant. | No. 5:23-cr-00184-D-RJ-1<br><br><br>ORDER ON MOTION TO SEAL |

Upon unopposed motion of the Defendant, it is hereby ORDERED that the Fifth Motion to Continue Sentencing (D.E. 84) filed with this Court on April 22, 2025, in the above-captioned case be sealed.

SO ORDERED this __25__ day of April, 2025.

James C. Dever III
UNITED STATES DISTRICT JUDGE