UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-CR-00184-D-RJ-1

UNITED STATES OF AMERICA )
)
v. ) **ORDER TO SEAL**
) **[Docket Entry 104]**
RICK DERRELL MCINTYRE, )
)
Defendant. )

Upon Motion of the Defendant, it is hereby ORDERED that Docket Entry Number 104 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

SO ORDERED. This, the **20** day of February, 2026.

<u>　　　Dever　　　</u>
James C. Dever III
UNITED STATES DISTRICT COURT JUDGE

1